Attachment 1- Civil Complaint

United States District Court

Minnesota

**RECEIVED BY MAIL**

**JUL 26 2021**

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Derrick V Smith (pro se)

Plaintiff

Case No. _21-cv-1703 WMW/DTS_

Vs

DEMAND FOR JURY TRIAL

YES X  NO____

Mr. Nerstad

Defendant

### COMPLAINT

Derrick V Smith 3130 E Villa Maria Rd. Apt 515 Bryan, Tx 77803

Olmsted County Sheriff 101 4th Street SE Rochester, MN 55904-3718

I was to be released from federal prison on 7/15/2020. Mr. Nerstad didn't follow the bureau of prison rules on inmate release. Instead, he detained me for hours for the local sheriff's department Olmsted County. The charge was a fugitive from justice. I explained to Mr. Nerstad that I was never a fugitive from justice. Mr. Nerstad's actions caused me to be detained for 91 days. The extradition was unlawful, and required two governor signatures and there was only one.



**SCANNED**

**JUL 26 2021**

U.S. DISTRICT COURT MPLS

1. Jurisdiction

   I believe that this court has jurisdiction over this case due to the fact that this case has began in the state and where the violation occurred. Also, I'm not a resident of Minnesota and the fact that this issue happened on federal property.

2. Why Relief is Needed

   Relief is needed because the injustice I have received for the wrong doing done by these individuals involved. I was released from prison and served my time and because of this injustice I had to endure 91 days of uncertainty my family had to endure. Also, my personal belongings were taken from me as well as things that I had accumulated in the 10yrs I was incarcerated.

3. Form of Relief

   I am requesting compensation of 1 million dollars.

*Derrick Smith* 7-21-21

Derrick V Smith
3130 E Villa Maria Rd. Apt 515
Bryan, Tx 77803